UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA

19 CR 711 (NSR)

-against-                                          **ORDER**
                                                   TO
                                                   RELEASE DEFENDANT
                                                   ON BOND


CARLO ESTIME

                        Defendant.

---------------------------------------------------X

        THE UNITED STATES MAGISTRATE COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

        Wherefore, counsel for Defendant Carlo Estime filed a motion for release of Estime on
certain bond conditions by ECF document 13;
        Wherefore, the Government has reviewed ECF document 13 and filed ECF document 14
consenting to the bail terms proposed by counsel for Estime;

        Wherefore, the parties agree that Estime will be released on the conditions specified:
        • A $75,000 personal recognizance bond secured by signatures of two financially
          responsible people and by one moral suasion signatory; and
        • Surrender of passport; and
        • Home confinement at 85 Rockland Lane, Spring Valley, New York with
          electronic monitoring; and
        • Pre-trial supervision as directed; and
        • Travel restricted to the Southern and Eastern Districts of New York for necessary
          medical, legal appointments and other necessary errands only with prior approval
          of PRETRIAL SERVICES; and
        • Estime will notify others residing at 85 Rockland Lane that home visits may be
          conducted throughout the period of release on bond; and
        • Notify Pretrial Services Officer immediately of any change in address, telephone
          or employment; and
        • Estime shall not commit a federal, state or local crime during release; and
        • Estime must notify Pretrial Services immediately if Estime is charged with an
          offense; and

- Failure to comply with the bond conditions will be reported to the Court and may result in revocation of bond and detention pending the outcome of Estime's case.

Wherefore, Estime waives his appearance to facilitate his expedited release on bond. Estime will be released forthwith after he signs the bond, will immediately follow the directives of Pretrial Services upon his release after which he will have one week to satisfy the other conditions of the bond concerning other signatories to the bond and surrender of his passport.

By signing below counsel for the parties agree to issuance of this order. The Clerk of the Court is requested to terminate the motion (ECF No. 13).

_____
United States of America
AUSA Benjamin A. Gianforti


_____
Daniel A. Hochheiser, Esq.
Attorney for Carlo Estime


Dated: ___3/25/20___
White Plains, New York

Defendant shall be released upon the agreed conditions. Government shall arrange for defendant to be produced in this Courthouse on 3/26/20, whereupon he shall execute the bond and related documents with the assistance of the Clerk. Defendant shall then be released, but is directed to proceed immediately to Pretrial Services on the 4th floor for implementation of montoring/ reporting. Hearing set for 3/26/20 is cancelled.

So Ordered

_____
Hon.
United States Magistrate Judge