| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____ |

UNITED STATES OF AMERICA,

   -against-

CARLO ESTIME,

                           Defendant.

No. 19-CR-711 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

     A review of the docket reveals that: (1) the instant criminal action was commenced in August 2019; (2) Defendant Carlo Estime is charged with conspiracy to distribute and to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 841(b)(1)(B), (ECF No. 10); (2) this Court granted bond on March 25, 2020 (ECF No. 15), and Defendant has been in compliance with the conditions imposed; (3) an evidentiary hearing is scheduled for January 5, 2021 in order to determine the admissibility of certain inculpatory statements made by Defendant Carlo Estime while in custody; (4) a trial is not currently scheduled; and (5) and Defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement (ECF No. 34).

     In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial and evidentiary hearing as quickly as possible in light of the ongoing restrictions on Defendant's liberties since August 8, 2019, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Carlo Estime can and should be permitted to change his plea by video teleconference or by telephone conference before Magistrate Judge Paul E. Davison pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Carlo Estime be conducted by video teleconference or by telephone conference (if video conference is unavailable) before Magistrate Judge Paul E. Davison at a date and time mutually convenient to the Magistrate Judge and all parties concerned.  The Clerk of Court is requested to terminate the motion at ECF No. 34.

Dated:  November 18, 2020          SO ORDERED:
        White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge