# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed: 11/19/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff             **SCHEDULING ORDER**

    -against-

                                  7:19-cr-00711-NSR

Carlo Estime
                  Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Waiver of Indictment and Plea Hearing for 11/23/2020 at 3:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:   November 19, 2020
         White Plains, New York

                                          SO ORDERED:

                                          s/      PED
                                          _____

                                          PAUL E. DAVISON
                                          United States Magistrate Judge