UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Carlo Estime

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:19-cr-00711-NSR

Defendant Carlo Estime hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

_Carlo Estime   DAH_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Carlo Estime
Print Defendant's Name

Daniel A. Hochheiser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/23/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge