UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                            Plaintiff,                   **MEMORANDUM**

     -against-                                19 CR 711(NSR)

Carlo Estime

                            Defendant.
------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge:</u>

       Please find attached a transcript of the November 23, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: December 1, 2020
       White Plains, New York

                                                                Respectfully Submitted,

                                                               s/ Paul E. Davison

                                                               _____

                                                               PAUL E. DAVISON
                                                               United States Magistrate Judge