**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 16, 2021

Via ECF and email
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Deft's request to adjourn the Sentencing from Mar. 5, 2021 until April 22, 2021 at 2:00 pm is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 45).
Dated: Feb. 16, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:  *U.S. v. Carlo Estime*, 19 Cr. 711 (NSR)
     <u>REQUEST FOR ADJOURNMENT OF SENTENCE</u>

Your Honor:

I am assigned counsel to Carlo Estime. His sentence is scheduled for March 5, 2021 at 2 p.m..

Estime requests an **adjournment** of sentence to a date **on or after April 19, 2021**.

The reasons for the request are fourfold: (1) Estime wishes to have his sentence proceeding held in person, in court, which may not be possible given the ongoing COVID-19 pandemic, (2) I have not yet had a chance to review the Final Presentence Investigation Report (revised on February 12, 2021) with Estime, (3) I need more time to prepare Estime's sentence memorandum which, under the current schedule and Your Honor's individual rules of practice, would be due February 19, 2021, and (4) the Government recently accessed one of Estime's seized cell phones and additional time will be needed for production of the phone extraction materials to defense counsel and review of those materials by the defense prior to sentence.

I have conferred via email with AUSA Benjamin Gianforti. The Government does **<u>not</u>** object to this request for adjournment.

Respectfully submitted,

Daniel A. Hochheiser

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021

Cc: AUSA Benjamin Gianforti via ECF and email