**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

April 15, 2021

Via ECF and email
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *U.S. v. Carlo Estime*, 19 Cr. 711 (NSR)
      <u>REQUEST FOR ADJOURNMENT OF SENTENCE</u>

Your Honor:

    I am assigned counsel to Carlo Estime. His sentence is scheduled for April 22, 2021 at 2 p.m..

    Estime requests an **adjournment** of sentence to a date when his sentence can be conducted in-court, in-person. My understanding is that the next available date to proceed with an in-person sentence before Your Honor would be July 8, 2021 at 12pm. I have conferred with the Government and this date works for both the defense and the Government. The defense filed a sentence submission on April 8, 2021. Any supplemental defense submission would be due by June 24, 2021, while the Government's sentence submission would be due July 1, 2021.

Respectfully submitted,

Daniel A. Hochheiser

Cc: AUSA Benjamin Gianforti, AUSA James Ligtenberg via ECF and email

---

Deft's request to adjourn the Sentencing from Apr. 22, 2021 until July 8, 2021 at 12:00 pm is granted. Any supplemental defense submission would be due by June 24, 2021, while the Government's sentence submission would be due July 1, 2021. Clerk of Court requested to terminate the motion (doc. 48).
Dated: Apr. 16, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2021