UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

|  |  |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | 19 CR 711 (NSR) |
| CARLO ESTIME, | |
| Defendant(s). | |

---------------------------------------------------------x

NELSON S. ROMÁN, D.J.:

Due to a Court scheduling conflict, the in-person Sentencing scheduled for July 23, 2021 is hereby

ORDERED **rescheduled, with the parties' consent, until July 27, 2021 at 10:00 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:   White Plains, New York
         July 19, 2021

Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021